**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DUANE T. JONES, #222-466 | * | |
| Petitioner | * | |
| v | * | Civil Action No. RWT-09-3179 |
| DAYENA M. CORCORAN | * | |
| Respondent | * | |
| | *** | |

MEMORANDUM OPINION

Duane T. Jones petitions pro se for habeas corpus relief under 28 U.S.C. § 2254, challenging his convictions from 1992 in the Circuit Court for Baltimore County for rape, robbery, and related offenses. Counsel for Respondent, Dayena M. Corcoran, Warden of the Maryland Correctional Institute- Jessup, seeks dismissal of the Petition as an unauthorized, successive petition under 28 U.S.C. § 2244(b)(3)(A).  For the reasons that follow, the Court will dismiss the Petition without prejudice for lack of jurisdiction.

The instant motion represents Petitioner's second §2254 challenge to his 1992 convictions. See Jones v. Warden, S-02-2730 (D. Md. 2002).  A prisoner may file a second § 2254 petition only if he has moved the appropriate circuit court for an order authorizing the district court to consider his application, and the circuit court has issued such an order. See 28 U.S.C. §2244(b)(3)(A).

Petitioner provides no evidence that he has obtained authorization for a second or successive petition; thus the Petition must be dismissed for lack of jurisdiction.  See Evans v. Smith, 220 F.3d 306, 325 (4th Cir. 2000). The Clerk will send Petitioner an information packet about obtaining authorization from the United States Court of Appeals for the Fourth Circuit to

file a second or successive § 2254 motion. An Order consistent with this Memorandum Opinion follows.

February 23, 2010

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE